# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, | )<br>)<br>)<br>) |
| *Plaintiffs,* | ) Case No. 23-cv-4904<br>)<br>) Judge Andrea R. Wood |
| v. | )<br>) Magistrate Judge Sunil R. Harjani |
| WILLIAM A. WARNER, an individual, | )<br>) |
| *Defendant.* | ) |

## PLAINTIFFS' AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, one of its trustees, hereby move this Court for entry of a Consent Judgment. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed this action on July 27, 2023, seeking to recover an overpayment of pension benefits from the Defendant, William W. Warner, in the amount of $46,913.80.

2. Defendant William W. Warner has not filed an answer to Plaintiffs' First Amended Complaint.

3. Plaintiffs and Defendant have agreed to settle this matter and pursuant to the settlement terms, Defendant William W. Warner has agreed to the entry of a Consent Judgment in favor of the Plaintiffs.

4. Plaintiffs and Defendant have now agreed to the terms of a Consent Judgment.

-2-

**WHEREFORE**, Plaintiffs respectfully request that this Court enter the Consent Judgment, attached hereto as Exhibit A.

                                                                          Respectfully submitted,

                                                                          */s/ Brandon A. Buyers*
                                                                          Brandon A. Buyers (ARDC #06312454)
                                                                          Central States Funds Law Department
                                                                          8647 W. Higgins Road, 8th Floor
                                                                          Chicago, Illinois 60631
                                                                          847-939-2464
                                                                          bbuyers@centralstatesfunds.org

February 28, 2024                                                      *ATTORNEY FOR PLAINTIFFS*

-3-

## CERTIFICATE OF SERVICE

I, Brandon A. Buyers, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on February 28, 2024, I caused the foregoing *Plaintiffs' Agreed Motion for Entry of a Consent Judgment* to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. A copy was also sent via e-mail to:

William W. Warner
Warnerwill47@gmail.com

/s/ Brandon A. Buyers
Brandon A. Buyers (ARDC #06312454)
Central States Funds Law Department
8647 W. Higgins Road, 8th Floor
Chicago, Illinois 60631
847-939-2464
bbuyers@centralstatesfunds.org

February 28, 2024      *ATTORNEY FOR PLAINTIFFS*